| | |
|---|---|
| TENNESSEE RIVERKEEPER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY of MANCHESTER, TENNESSEE, | ) |
| | ) |
| Defendant. | ) JURY TRIAL DEMANDED |

## COMPLAINT

The Plaintiff, Tennessee Riverkeeper, states as follows:

### NATURE OF THE CASE

1. This is a citizen's suit, brought pursuant to the provisions of Section 505(a)(1) of the Federal Water Pollution Control Act, also known as the Clean Water Act (hereinafter "CWA"), as amended, 33 U.S.C. § 1365(a)(1), to address violations of the CWA by Defendant, City of Manchester, Tennessee ("Manchester"), arising out of illegal discharges of pollutants from the Manchester Sewage Treatment Plant located at Manchester, Coffee County, Tennessee.

2. Defendant Manchester is in violation of sections 301 and 402 of the CWA (33 U.S.C. §§1311 and 1342) and sections 122.1, *et sec.,* of Title 40 of the Code of Federal Regulations. These laws require that no facility shall discharge pollutants to waters of the United States or waters of the state except as authorized by a permit issued pursuant to the National Pollutant Discharge Elimination System ("NPDES").

1

3. Manchester is violating provisions of its NPDES permit by operating its sewage treatment plant in a manner that discharges pollutants to the waters of the United States and waters of the state due to its failure to operate its collection system so as to avoid overflows. Riverkeeper seeks a declaratory judgment, injunctive relief, the imposition of civil penalties, and the award of litigation costs, including attorney and expert witness fees, for Defendant Manchester's repeated and ongoing violations of the CWA.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over the CWA claims set forth in this Complaint by virtue of Section 505(a)(1) of the Federal Water Pollution Control Act, also known as the Clean Water Act, 33 U.S.C. § 1365(a)(1). Subject matter jurisdiction is also proper pursuant to 28 U.S.C. § 1331 (Federal question).

5. Venue is appropriate in the Winchester Division, Eastern District of Tennessee pursuant to 33 U.S.C. § 1365(c)(1) and because the acts, omissions, and/or violations complained of herein occurred, and continues to occur, within Coffee County of the Eastern District of Tennessee.

## NOTICE

6. Tennessee Riverkeeper ("Riverkeeper") has complied with the pre-suit notice provisions of the CWA. Pursuant to 33 U.S.C. § 1365(b)(1)(A), 40 C.F.R. Part 135, Riverkeeper, on March 10, 2020, gave Defendant Manchester notice of the violations alleged herein and its intent to sue after the expiration of sixty (60) days ("March Notice"). At the same time, Riverkeeper mailed a copy of the March Notice to the Administrator of the Environmental Protection Agency ("EPA"), the Regional Administrator of Region IV of the EPA, and the Commissioner of the Tennessee Department of Environment and Conservation ("TDEC"). Service of notice on Defendant was by

2

certified mail. More than 60 days have passed since the March Notice was served on Defendant and these agencies. The March Notice is attached hereto as Exhibit "A" and incorporated by reference herein.

7.   Since Riverkeeper gave notice, the violations complained of have not ceased, and are ongoing. Neither the EPA nor the State of Tennessee has commenced and diligently prosecuted a civil or criminal enforcement action in a court of the United States or a state for the violations. Furthermore, prior to the March Notice, neither the EPA nor the State of Tennessee commenced and diligently prosecuted an administrative action under 33 U.S.C. §1319(g), or under a comparable Tennessee law, for the violations alleged herein. The State of Tennessee brought an administrative action, Case No. WPC12-0138, for violations occurring prior to the date of the filing of the action. The date of the filing of the action is unknown but, by the convention of the case number, it is believed to be in the year 2012. It was concluded with an Agreed Order on August 28, 2014. All violations alleged in this Complaint occurred subsequent to August 28, 2014 and are not barred by that administrative action.

8.   Neither the EPA nor the state has issued a final order not subject to further judicial review and the Defendant has not paid a penalty assessed under 33 U.S.C. §1319(g), or under a comparable Tennessee law, for the violations.

9.   Riverkeeper has mailed a copy of the Complaint to the Administrator of the EPA, the Regional Administrator of EPA Region 4, the Region in which the violations are alleged to have occurred, and the Attorney General of the United States.

3

## PARTIES

10. Riverkeeper is a non-profit corporation formed in the State of Alabama and granted authority to operate in Tennessee by the Division of Business Services, State of Tennessee, as a nonprofit foreign corporation. Riverkeeper has approximately 3000 members, and is dedicated to the preservation, protection, and defense of the Tennessee and Cumberland Rivers and their tributaries. Riverkeeper actively supports effective enforcement and implementation of environmental laws, including the CWA, on behalf of and for the benefit of its members.

11. Members of Tennessee Riverkeeper have recreated in, on or near, or otherwise used and enjoyed, or attempted to use and enjoy, the Tennessee River (and its tributaries) in the past, and they intend to do so in the future. They have a direct and beneficial interest in the continued protection, preservation, and enhancement of the environmental, aesthetic, and recreational values in the Tennessee River and its tributaries. The quality of these waters directly affects the recreational, aesthetic, and environmental interests of certain members of Tennessee Riverkeeper. The recreational, aesthetic, and environmental interests of certain of Tennessee Riverkeeper's members have been, are being, and will be adversely affected by the Defendant's continued violation of the NPDES permit requirements, Tennessee NPDES rules, and the CWA as alleged in this complaint.

12. Defendant's illegal discharges enter the Duck River, a tributary of the Tennessee River. Members of Tennessee Riverkeeper now recreate less on the Duck River because of the Defendant's illegal discharges. The violations alleged herein have had a detrimental impact on those members' interests because the violations have adversely affected and/or diminished aquatic life and water quality in the Duck River and have made the Duck River less suitable for fishing,

4

boating, wading, walking, observing nature, or relaxing. Said members would recreate more in and around Duck River but for Defendant's illegal discharges of pollution. Riverkeeper's members will recreate more often in or near Duck River once the Defendant's illegal discharges cease.

13. Riverkeeper is a "citizen" within the meaning of 33 U.S.C. §§ 1365(g) and 1365(a).

14. Defendant, Manchester, is a Tennessee municipal corporation, within the Eastern District of Tennessee, with principal offices in Manchester, Tennessee. Manchester is the owner and operator of the Manchester Sewage Treatment Plant and is in control of the facility, including its collection system.

15. Defendant Manchester is a "person" within the meaning of 33 U.S.C. §§1362(5) and 1365(a)(1).

## STATUTORY BACKGROUND

16. Section 301(a) of the CWA, 33 U.S.C. § 1311(a), prohibits the discharge of pollutants from a point source into waters of the United States unless the discharge is in compliance with various enumerated sections of the CWA. Among other things, Section 301(a) prohibits such discharges not authorized by, or in violation of the terms of, a National Pollutant Discharge Elimination System permit issued pursuant to Section 402 of the CWA, 33 U.S.C. § 1342.

17. The State of Tennessee has been delegated the authority to implement the permitting programs of the Act by the EPA, including the NPDES permit program, pursuant to 33 U.S.C. § 1342(b). TDEC is the water pollution control agency for purposes of the Act, and has drafted regulations pursuant to that authority implementing the Act's permitting programs within the State of Tennessee.

18. A citizen suit, pursuant to 33 U.S.C. § 1365(a)(1), may be brought for violations of the terms and conditions of NPDES permits. 33 U.S.C. § 1365(f).

## GENERAL ALLEGATIONS

19. This is an action for declaratory judgment, injunctive relief, civil penalties, and litigation costs, including reasonable attorney's and expert witness fees, to enforce provisions of the CWA, and regulations adopted pursuant to said act.

20. Manchester is in violation of sections 301 and 402 of the CWA (33 U.S.C. §§1311 and 1342) and sections 122.1, *et sec.,* of Title 40 of the Code of Federal Regulations. These laws require that no facility shall discharge pollutants to waters of the United States or waters of the state except as authorized by a permit issued pursuant to the National Pollutant Discharge Elimination System.

21. Manchester was issued NPDES permit number TN0025038 ("NPDES Permit") which authorizes the permit holder to discharge treated municipal wastewater from Outfall 001, into the Duck River at mile 268.5, subject to stated discharge limitations and monitoring requirements.

22. All discharges must be in accordance with effluent limitations, monitoring requirements, and other conditions set forth in the NPDES Permit. Specifically, Section 2.3.3 of the NPDES Permit prohibits overflows and places a duty on the permit holder to avoid them. Any permit noncompliance constitutes a violation of applicable state and federal laws and is grounds for enforcement action. *See,* Permit §2.3.1. Manchester is subject to strict liability for any violations of its NPDES Permit.

23. As set forth in the March Notice, attached hereto as Exhibit "A" and incorporated by reference herein, and in Count One, below, Manchester has violated the CWA by operating its sewage treatment plant in a manner which discharges pollutants to the waters of the United States

6

and waters of the state in violation of its NPSES Permit, and by failure to operate its collection system so as to avoid overflows.

24. The violations set forth in the paragraphs above and the March Notice are continuing and ongoing, or are likely to recur, as of the date this Complaint is being filed.

## COUNT ONE
## FAILURE TO AVOID OVERFLOWS IN VIOLATION OF AN NPDES PERMIT AND THE CLEAN WATER ACT

25. Riverkeeper hereby repeats, re-alleges, adopts, and incorporates by reference the paragraphs above as if fully set out in this count.

26. Manchester is in violation of provisions of its NPDES Permit by failing to operate its collection system so as to avoid overflows. The permit specifically prohibits overflows and places a duty upon Manchester to avoid overflows. *See,* Permit §2.3.3. Overflows in violation of the Permit have been reported to the TDEC on at least the occasions shown in **Appendix A**. This list shows three hundred thirty-six (336) violations within the past five years and over thirty-three million nine hundred thirty thousand five hundred ninety-five (33,930,595) gallons of untreated sewage released into the environment. In addition, EPA records show thirty (30) sanitary sewer overflows (SSO) in January, 2020 and twenty-six (26) SSOs in February 2020.

27. The violations set out in this count are continuing and ongoing and there is a reasonable likelihood that Defendant will continue these or similar violations in the future.

28. These violations have an adverse impact on waters of the United States and waters of the state, specifically of Duck River, a tributary of the Tennessee River, and on the recreational, aesthetic, and environmental interests of Riverkeeper's members in those waterways as set out in paragraphs 11 and 12 herein above.

7

29. Defendant Manchester should be subject to an enforcement order or injunction ordering it to fully comply with all requirements of its NPDES Permit and the CWA.

30. Defendant Manchester should be subject to the assessment of civil penalties for these violations of the CWA pursuant to Section 309(d) and 505 of the CWA, 33 U.S.C. §§ 1319(d) and 1365. For the purpose of assessing the maximum penalty which Defendant Manchester is liable, each day that the Manchester sewage treatment plant has discharged pollutants in violation of its NPDES Permit and/or without a permit authorizing such discharges constitutes a separate violation of Section 301(a) of the CWA, pursuant to Section 309(d), 33 U.S.C. § 1319(d).

## COUNT TWO
## FAILURE TO IMPOSE A MORATORIUM FOR CHRONIC OVERFLOW POINTS IN VIOLATION OF AN NPDES PERMIT

31. Riverkeeper hereby repeats, re-alleges, adopts, and incorporates by reference the paragraphs above as if fully set out in this count.

32. Manchester is in violation of Section 2.3.3.d. of the Permit for failure to impose a moratorium on new sewer connections upstream of any location that has experienced chronic overflows.

33. The permit states, in part: "No new or additional flows shall be added upstream of any point in the collection or transmission system that experiences greater than 5 sanitary sewer overflows and/or releases per year or would otherwise overload any portion of the system." *Permit §2.3.3.d.*

34. Chronic overflows are defined as greater than five overflow events in a year. Manchester has violated its Permit and the CWA by experiencing chronic overflows without imposing a

8

moratorium on new connections on at least the points or locations set out in **Appendix B**, as more fully explained in the following paragraphs.

35.  Manhole A-36, Johnny Brown, has incurred Twenty-three (23) overflow violations between March 11, 2015 and December 29, 2019. Chronic overflows have occurred at numerous times during this period and the public record shows no instance of any moratorium being observed or of the requirement being lifted by TDEC. In the twelve months prior to December 29, 2019 there were fourteen (14) overflows at this lift station, more than enough to require the issuance of a moratorium. In the twelve months following March 11, 2015 there were eight overflows at this point and a moratorium should have been self-imposed and observed after the sixth, which occurred on January 26, 2016.

36.  Manhole A-37, Johnny Brown, has incurred twelve (12) overflows from December 25, 2015 to December 16, 2019. During the twelve months following February 28, 2018 there were six overflows and a moratorium should have been imposed after the January 23, 2019 overflow event.

37.  Manhole A-41 105, Moore St, incurred nineteen (19) overflows from November 18, 2015 to December 23, 2019.  During the twelve months following the February 28, 2018 overflow there were seven (7) overflows and a moratorium should have been imposed after the February 17, 2009 event. Alternately, a moratorium would have been required after each of the February 19, April 8, July 11, July 17 or October 31, 2019 events.

38.  Manhole A-45, Spring St, incurred fourteen overflows from March 11, 2015 to April 8, 2019.  During the twelve months prior to January 22, 2016 there were six (6) overflows and a moratorium should have been imposed. Alternately, a moratorium would have been required

9

after each of the January 26 or February 3, 2016 events.

39. Manhole B-43, Fred Deadman Park, incurred twenty-seven (27) overflows from March 11, 2015 to April 8, 2019. During the twelve months prior to the January 26, 2015 event there were six (6) overflows and a moratorium should have been imposed. Alternately, a moratorium would have been required after each of the events of February 3, February 15, February 24, November 30, December 6, 2016, or January 23, 2017, or after any of the fourteen events after January 23, 2017.

40. Manhole E-42, Timbercrest, incurred eighteen (18) overflows from March 11, 2015 to December 29, 2019. During the twelve months prior to November 30, 2016 there were six (6) overflows and a moratorium should have been imposed. Alternatively, a moratorium would have been required after each of the eleven (11) events from December 6, 2016 to December 29, 2019.

41. Manhole G-11, Cumberland Presbyterian Church, incurred twenty (20) overflows from November 29, 2015 to December 20, 2019. During the twelve months prior to December 5, 2017 there were six (6) overflows and a moratorium should have been imposed. Alternatively, a moratorium would have been required after each of the twelve (12) events from February 10, 2018 to December 14, 2018.

42. Manhole G-74, McAurthur, incurred nine (9) overflows from September 26, 2018 to December 23, 2019. During the twelve months prior to April 8, 2019 there were six (6) overflows and a moratorium should have been imposed. Alternatively, a moratorium would have been required after each of the three (3) events from July 11 to December 23, 2019.

43. Manhole I-141, Skinner Flatt, incurred sixty-three (63) overflows from June 1, 2015 to December 29, 2019. During the twelve months prior to January 26, 2016 there were six (6)

10

overflows and a moratorium should have been imposed. Alternatively, a moratorium would have been required after each of the fifty-five (55) events from February 3, 2016 to February 22, 2018.

44. The above demonstrates at least nine (9) points and/or locations where a moratorium was triggered but no moratorium was imposed.

45. The permit requires the moratorium to remain in place until specific actions have been taken. The permit states as follows:

> "Unless there is specific enforcement action to the contrary, the permittee is relieved of this requirement after: 1) an authorized representative of the Commissioner of the Department of Environment and Conservation has approved an engineering report and construction plans and specifications prepared in accordance with accepted engineering practices for correction of the problem; 2) the correction work is underway; and 3) the cumulative, peak-design, flows potentially added from new connections and line extensions upstream of any chronic overflow or release point are less than or proportional to the amount of inflow and infiltration removal documented upstream of that point. The inflow and infiltration reduction must be measured by the permittee using practices that are customary in the environmental engineering field and reported in an attachment to a Monthly Operating Report submitted to the local TDEC Environmental Field Office. The data measurement period shall be sufficient to account for seasonal rainfall patterns and seasonal groundwater table elevations."

*Permit §2.3.3.d.*

46. The above requirements for relief from the required moratoriums have not been satisfied.

47. A search of the Monthly Operating Reports submitted to TDEC by Manchester during the years 2015 through 2019 found no inflow and infiltration reduction measurements.

48. Manchester has added new or additional flows upstream of a point or points in the collection or transmission system that have experienced greater than five sanitary sewer overflows and/or releases per year or would otherwise overload any portion of the system in violation of its permit requirements. This factual contention will likely have evidentiary support after a reasonable opportunity for further investigation or discovery.

11

49. These violations have an adverse impact on waters of the United States and waters of the state, specifically Duck River and Tennessee River, and on the recreational, aesthetic, and environmental interests of Riverkeeper's members in those waterways as set out in paragraphs 11 and 12 herein above.

50. Defendant Manchester should be subject to an enforcement order or injunction ordering it to fully comply with all requirements of its NPDES Permit and the CWA.

51. Defendant Manchester should be subject to the assessment of civil penalties for these violations of the CWA pursuant to Section 309(d) and 505 of the CWA, 33 U.S.C. §§ 1319(d) and 1365. For the purpose of assessing the maximum penalty which Defendant Manchester is liable, each day that the Manchester sewage treatment plant has discharged pollutants in violation of its NPDES Permit and/or without a permit authorizing such discharges constitutes a separate violation of Section 301(a) of the CWA, pursuant to Section 309(d), 33 U.S.C. § 1319(d).

## COUNT THREE
## INJUNCTIVE RELIEF

52. Riverkeeper hereby repeats, re-alleges, adopts, and incorporates by reference the paragraphs above as if fully set out in this count.

53. The violations set out herein will continue unless this Court enjoins Defendant from continuing to violate its permit.

54. These violations have caused irreparable injury to some of Riverkeeper's members. Riverkeeper has no adequate remedy at law for the injuries caused to its members by Defendant's ongoing violations in that Riverkeeper would be forced to bring repeated and burdensome actions for each new injury to its interests if Defendant's ongoing violations are not enjoined.

12

55. An injunction will be in the public's interest in this case. Because Defendant is in continuing violation of the law, the equities for an injunction weigh in Riverkeeper's favor.

56. Therefore, Riverkeeper brings this cause of action to enjoin Defendant from engaging in any other affirmative act or conduct which would contribute to further permit violations.

## PRAYER FOR RELIEF

**WHEREFORE**, Riverkeeper respectfully requests that the Court grant the following relief:

    a. Plaintiff Riverkeeper requests the Court render a judgment finding and declaring that Defendant Manchester has violated and is in violation of the CWA, 33 U.S.C. §1311(a), and Tennessee NPDES rules;

    b. Plaintiff Riverkeeper requests and petitions this Court to enjoin the violations and any and all illegal conduct by Defendant set out and alleged in Counts One and Two above and issue an injunction compelling Defendant to remedy the illegal discharges of pollutants into waters of the United States;

    c. Plaintiff Riverkeeper requests and petitions this Court to assess a $37,500.00 (thirty-seven thousand, five hundred dollars) civil penalty (*see* 40 CFR § 19) against Defendant Manchester for each violation and each day of continuing violation of the CWA for which Defendant is found liable pursuant to Sections 309(d) and 505(a) of the CWA, 33 U.S.C. §§ 1319(d) and 1365(a);

    d. Plaintiff Riverkeeper requests and petitions this Court for an award of litigation costs, including reasonable attorney's fees and expert fees, as authorized by 33 U.S.C. § 1365(d); and

e. For such other, further or more general relief as this Court may deem appropriate.

Respectfully submitted this the 9th day of July, 2020.


s/ Elizabeth A. Alexander
Elizabeth A. Alexander, BPR No. 19273
Alexander Law
4235 Hillsboro Pike, Suite 300
Nashville, TN 37215
Telephone: 415-860-4020
alexanderlawnashville@gmail.com


s/ Mark E. Martin
Mark E. Martin
Alabama Bar No: ASB-9361-A41M
*Admission Requested Pro Hac Vice*
P.O. Box 1486
Oneonta, AL 35121
Telephone: (205) 516-9350
mmartin@markemartin.com

**Attorneys for Plaintiff Tennessee Riverkeeper, Inc.**

14

# Appendix A

| Manchester, NPDES Permit # TN0025038, Overflows | | | |
|---|---|---|---|
| **Start Date** | **Est. Quantity in gallons** | | **Location of Discharge** |
| 12/3/2019 | 51,000 | | McMinnville Hwy E-10 |
| 12/1/2019 | 12,000 | | McMinnville Hwy E-10 |
| 12/10/2019 | 36,000 | | McMinnville Hwy E-10 |
| 12/13/2019 | 2,000 | | West End Circle L 50 |
| 12/16/2019 | 4,800 | | A-41 |
| 12/16/2019 | 18,000 | | A 37 J.B. |
| 12/23/2019 | 42,000 | | J. Brown A-36 |
| 12/23/2019 | 21,000 | | Skinner Flat I-141 |
| 12/23/2019 | 8,400 | | McAuthur G-74 |
| 12/23/2019 | 21,000 | | 105 Moore A-41 |
| 12/23/2019 | 21,000 | | A-43 Spring |
| 12/29/2019 | 69,000 | | J. Brown A-36 |
| 12/29/2019 | 34,500 | | Skinner Flat I-141 |
| 12/29/2019 | 138,800 | | Timber E42 |
| 11/20/2019 | 11,250 | | McMinnville Hwy E-10 |
| 11/21/2019 | 240,000 | | McMinnville Hwy E-10 |
| 11/23/2019 | 36,000 | | J. Brown A-36 |
| 11/23/2019 | 18,000 | | Skinner Flat I-141 |
| 11/23/2019 | 3,600 | | McAuthur G-74 |
| 11/23/2019 | 18,000 | | 105 Moore A-41 |
| 10/31/2019 | 4,800 | | A-43 |
| 10/31/2019 | 18,000 | | A 37 J.B. |
| 10/31/2019 | 9,000 | | Skinner Flat I-141 |
| 10/31/2019 | 18,000 | | A 41 |
| 8/7/2019 | 9,000 | | J. Brown A-36 |
| 8/7/2019 | 3,600 | | J. Brown A-36 |
| 7/11/2019 | 9,750 | | J. Brown A-36 |
| 7/11/2019 | 9,750 | | Skinner Flat I-141 |
| 7/11/2019 | 1,950 | | McAuthur G-74 |
| 7/11/2019 | 4,875 | | Skinner Flat I-141 |
| 7/11/2019 | 4,875 | | 105 Moore A-41 |
| 7/17/2019 | 2,400 | | J. Brown A-36 |
| 7/17/2019 | 6,000 | | 105 Moore A-41 |
| 4/8/2019 | 10,500 | | J. Brown A-36 |
| 4/8/2019 | 10,500 | | J. Brown A-36 |
| 4/8/2019 | 4,200 | | McAurhur G-74 |
| 4/8/2019 | 4,200 | | I-24 E.B. H76 |
| 4/8/2019 | 4,200 | | 105 Moore A-41 |
| 4/8/2019 | 10,500 | | F.D. Park B-43 |
| 4/8/2019 | 10,500 | | Spring St A-45 |

| | | |
|---|---|---|
| 4/8/2019 | 10,500 | Skinner Flat I-141 |
| 4/8/2019 | 10,500 | Ester Ln I-87 |
| 4/8/2019 | 4,200 | 10 Yd Lift Sta |
| 3/10/2019 | 18,000 | J. Brown A-36 |
| 3/10/2019 | 7,200 | Skinner Flat I-141 |
| 3/10/2019 | 7,200 | Ester Ln I-87 |
| 2/12/2019 | 96,000 | J. Brown A-36 |
| 2/12/2019 | 96,000 | Skinner Flat I-141 |
| 2/12/2019 | 9,600 | McAuthur G-74 |
| 2/16/2019 | 27,000 | J. Brown A-36 |
| 2/17/2019 | 91,500 | J. Brown A-36 |
| 2/17/2019 | 45,750 | Skinner Flat I-141 |
| 2/17/2019 | 15,900 | McAuthur G-74 |
| 2/17/2019 | 15,900 | Skinner Flat I-141 |
| 2/17/2019 | 15,900 | 105 Moore A-41 |
| 2/17/2019 | 15,900 | F.D. Park B-43 |
| 2/19/2019 | 86,400 | J. Brown A-36 |
| 2/19/2019 | 86,400 | Skinner Flat I-141 |
| 2/19/2019 | 86,400 | McAuthur G-74 |
| 2/19/2019 | 86,400 | Skinner Flat I-141 |
| 2/19/2019 | 86,400 | 105 Moore A-41 |
| 2/19/2019 | 86,400 | F.D. Park B-43 |
| 2/19/2019 | 86,400 | Spring St A-45 |
| 2/19/2019 | 86,400 | Skinner Flat I-141 |
| 2/19/2019 | 86,400 | Ester Ln I-87 |
| 2/22/2019 | 7,500 | Spring St A-45 |
| 2/23/2019 | 1,800 | Hwy 41 N B-79 |
| 2/23/2019 | 12,000 | 10 Yd Lift Sta |
| 1/3/2019 | 126,000 | Skinner Flat I-141 |
| 1/3/2019 | 1,071,000 | A 37 J.B. |
| 1/3/2019 | 162,000 | I 89 Skinner Flat |
| 1/3/2019 | 630,000 | H-6 I-24 East B. |
| 1/3/2019 | 111,000 | J-6 |
| 1/3/2019 | 222,000 | G-112 |
| 1/3/2019 | 55,000 | A-41 |
| 1/3/2019 | 55,000 | A-45 |
| 1/3/2019 | 55,000 | B-43 |
| 1/19/2019 | 13,800 | B-45 |
| 1/19/2019 | 138,000 | A-37 J.B. |
| 1/19/2019 | 13,800 | I 89 Skinner Flat |
| 1/19/2019 | 13,800 | A-41 |
| 1/19/2019 | 13,800 | I-90 |
| 1/23/2019 | 48,000 | A 37 J.B. |
| 1/23/2019 | 96,000 | I 89 Skinner Flat |
| 1/23/2019 | 24,000 | A-41 |
| 1/23/2019 | 9,600 | G-74 |
| 1/23/2019 | 9,600 | B-43 |

Appendix A

Page 16 of 8

| | | |
|---|---|---|
| 12/20/2019 | 375,000 | G 11 Cumberland C.P.C. |
| 12/17/2018 | 36,000 | I 141 Skinner Flatt |
| 12/14/2018 | 153,000 | G 11 Cumberland C.P.C. |
| 12/14/2018 | 18,000 | ZG 112 Bryan Trailer Park |
| 12/14/2018 | 153,000 | H-6 I-24 East B.9 |
| 12/8/2018 | 138,000 | I 141 Skinner Flatt |
| 12/8/2018 | 345,000 | G 11 Cumberland C.P.C. |
| 12/1/2018 | 138,000 | I 141 Skinner Flatt |
| 12/1/2018 | 345,000 | G 11 Cumberland C.P.C. |
| 12/1/2018 | 69,000 | ZG 112 Bryan Trailer Park |
| 11/6/2018 | 9,000 | A 37 Johnny Brown |
| 11/6/2018 | 36,000 | G 11 Cumberland C.P.C. |
| 11/6/2018 | 9,000 | H-6 I-24 East B. |
| 11/6/2018 | 36,000 | I 141 Skinner Flatt |
| 11/6/2018 | 9,000 | ZG 112 Bryan Trailer Park |
| 9/26/2018 | 15,000 | F.D. Park B-43 |
| 9/26/2018 | 60,000 | I 141 Skinner Flatt |
| 9/26/2018 | 6,000 | Timbercreast E-42 |
| 9/26/2018 | 30,000 | 105 Moore A-41 |
| 9/26/2018 | 150,000 | C.P. Church G-11 |
| 9/26/2018 | 60,000 | Johnny Brown A-37 |
| 9/26/2018 | 225,000 | i-24 East H75 |
| 9/26/2018 | 15,000 | A-45 Spring St bridge |
| 9/26/2018 | 6,000 | I-85 |
| 9/26/2018 | 30,000 | G 112 |
| 9/26/2018 | 6,000 | G 87 |
| 9/26/2018 | 15,000 | G 74 |
| 7/2/2018 | 38,400 | West End Pumping Station |
| 5/7/2018 | 75,000 | G.P. Church G-11 |
| 4/22/2018 | 34,500 | F.D. Park B-43 |
| 4/22/2018 | 40,500 | I-141 Skinner Flatt |
| 4/22/2018 | 34,500 | Timbercreast E-42 |
| 4/22/2018 | 138,000 | C.P. Church G-11 |
| 4/6/2018 | 4,200 | F.D. Park B-43 |
| 4/6/2018 | 4,200 | I-141 Skinner Flatt |
| 4/6/2018 | 4,200 | Timbercreast E-42 |
| 4/6/2018 | 42,000 | C.P. Church G-11 |
| 2/28/2018 | 123,000 | Ten Yard Bridge |
| 2/28/2018 | 246,000 | B-174 Woodland |
| 2/28/2018 | 246,000 | B-43 Deadman |
| 2/28/2018 | 246,000 | A-45 Spring St bridge |
| 2/28/2018 | 615,000 | A-37 Johnny Brown |
| 2/28/2018 | 246,000 | A 41 105 Moore st |
| 2/28/2018 | 246,000 | C.P. Church G-11 |
| 2/28/2018 | 246,000 | Timbercreast E-42 |
| 2/28/2018 | 123,000 | I-141 Skinner Flatt |
| 2/28/2018 | 246,000 | I-87 Easter Ln |

Appendix A

| | | |
|---|---|---|
| 2/28/2018 | 246,000 | H-6 I-24 East B |
| 2/28/2018 | 24,600 | E-40 Emerson |
| 2/28/2018 | 246,000 | J-2 River Stillwood |
| 2/28/2018 | 246,000 | J-6 Vent Stillwood |
| 2/25/2018 | 198,000 | F.D. Park B-43 |
| 2/25/2018 | 132,000 | Skinner Flat I-141 |
| 2/25/2018 | 198,000 | Timbercreast E-42 |
| 2/25/2018 | 48,000 | C.P. Church G-11 |
| 2/25/2018 | 48,000 | Skinner Flat I-141 |
| 2/25/2018 | 26,400 | I-87 Easter Ln |
| 2/22/2018 | 48,000 | F.D. Park B-43 |
| 2/22/2018 | 48,000 | Skinner Flat I-141 |
| 2/22/2018 | 48,000 | Timbercreast E-42 |
| 2/22/2018 | 48,000 | I-89 Ester Lane |
| 2/22/2018 | 48,000 | C.P. Church G-11 |
| 2/22/2018 | 48,000 | Skinner Flat I-141 |
| 2/22/2018 | 48,000 | i-24 East H75 |
| 2/22/2018 | 4,800 | I-87 Easter Ln |
| 2/10/2018 | 216,000 | F.D. Park B-43 |
| 2/10/2018 | 216,000 | Skinner Flat I-141 |
| 2/10/2018 | 216,000 | Timbercreast E-42 |
| 2/10/2018 | 3,600 | I-89 Ester Lane |
| 2/10/2018 | 540,000 | C.P. Church G-11 |
| 2/10/2018 | 21,600 | Skinner Flat I-141 |
| 2/10/2018 | 90,000 | i-24 East H75 |
| 2/7/2018 | 39,000 | F.D. Park B-43 |
| 2/7/2018 | 19,500 | Skinner Flat I-141 |
| 2/7/2018 | 78,000 | Timbercreast E-42 |
| 12/12/2017 | 48,000 | C.P. Church G-47 |
| 12/12/2017 | 24,000 | Skinner Flat I-141 |
| 12/22/2017 | 285,000 | C.P. Church G-47 |
| 12/23/2017 | 42,000 | Skinner Flat I-141 |
| 12/19/2017 | 300,000 | C.P. Church G-47 |
| 12/19/2017 | 300,000 | Skinner Flat I-141 |
| 12/5/2017 | 510,000 | C.P. Church G-11 |
| 12/5/2017 | 300,000 | Skinner Flat I-141 |
| 10/12/2017 | 600 | E-7 |
| 10/23/2017 | 158,400 | C.P. Church G-11 |
| 10/23/2017 | 120,000 | I-141 Skinner Flatt |
| 10/23/2017 | 158,400 | C.P. Church G-11 |
| 10/23/2017 | 120,000 | Skinner Flat I-141 |
| 10/12/2017 | 600 | E-7 |
| 9/5/2017 | 60,000 | I-141 Skinner Flatt |
| 8/7/2017 | 60,000 | I-141 Skinner Flatt |
| 7/24/2017 | 90,000 | I-141 Skinner Flatt |
| 7/5/2017 | 132,600 | I-141 Skinner Flatt |
| 7/6/2017 | 81,600 | C.P. Church G-11 |

Appendix A

| Date | Amount | Location |
|---|---|---|
| 7/6/2017 | 81,600 | I-141 Skinner Flatt |
| 6/22/2017 | 18,000 | I-141 Skinner Flatt |
| 6/22/2017 | 18,000 | C.P. Church G-47 |
| 5/31/2017 | | Overflow report not found at TDEC |
| 4/22/2017 | 81,000 | I-141 Skinner Flatt |
| 4/22/2017 | 81,000 | F.D. Park B-43 |
| 4/22/2017 | 81,000 | C.P. Church G-47 |
| 5/4/2017 | 9,000 | I-141 Skinner Flatt |
| 4/2/2017 | 27,000 | I-141 Skinner Flatt |
| 4/3/2017 | 135,000 | C.P. Church G-47 |
| 3/27/2017 | 8,100 | I-141 Skinner Flatt |
| 3/27/2017 | 20,250 | E-161 Timber Crest |
| 3/21/2017 | 51,000 | I-89 Ester Lane |
| 3/1/2017 | 77,045 | C.P. Church G-47 |
| 3/10/2017 | 140,250 | A-7 |
| 3/10/2017 | 140,250 | A-6 |
| 3/10/2017 | 140,250 | A-5 |
| 3/10/2017 | 140,250 | A-4 |
| 3/10/2017 | 45,000 | I-141 Skinner Flatt |
| 1/23/2017 | 210,000 | F.D. Park B-43 |
| 1/23/2017 | 210,000 | C.P. Church G-47 |
| 1/23/2017 | 357,000 | Timbercreast E-42 |
| 1/23/2017 | 210,000 | Skinner Flat I-141 |
| 1/19/2017 | 42,000 | I-90 |
| 1/19/2017 | 21,000 | I-141 Skinner Flatt |
| 12/19/2016 | 300,000 | C.P. Church G-47 |
| 12/19/2016 | 300,000 | I-141 Skinner Flatt |
| 12/12/2016 | 48,000 | C.P. Church G-47 |
| 12/12/2016 | 24,000 | I-141 Skinner Flatt |
| 12/6/2016 | 48,000 | C.P. Church G-47 |
| 12/6/2016 | 180,000 | I-141 Skinner Flatt |
| 12/6/2016 | 81,600 | Timbercreast E-42 |
| 12/6/2016 | 120,000 | F.D. Park B-43 |
| 11/30/2016 | 90,000 | Duncan st B-71 |
| 11/30/2016 | 9,000 | Woodland St field B-58 |
| 11/30/2016 | 9,000 | Hwy 41 under bridge B-66 |
| 11/30/2016 | 120,000 | Fred Deabury Park B-43 |
| 11/30/2016 | 4,500 | 105 Moore A-43 |
| 11/30/2016 | 1,800 | Johnny Brown A-36 |
| 11/30/2016 | 24,000 | Cumberland presbertarian g-74 |
| 11/30/2016 | 9,000 | Timbercreast E-42 |
| 11/30/2016 | 33,660 | Skinner Flat I-141 |
| 11/30/2016 | 1,800 | I-24 East H6-c |
| 7/9/2016 | 60,000 | Pumping station B-12 |
| 6/2/2016 | 61,200 | M-9 |
| 5/21/2016 | 400,000 | 7-11 Pumping station |
| 5/16/2016 | 79,200 | M-9 |

Appendix A

| Date | Amount | Description |
|---|---|---|
| 3/31/2016 | 15,000 | Timbercrest E-42 |
| 3/31/2016 | 7,500 | Deadwood Park B-43 |
| 3/31/2016 | 7,500 | Skinner Flat I-141 |
| 2/24/2016 | 165,000 | B-43 Deadman Park |
| 2/24/2016 | 33,000 | A-36 Johnny Brown |
| 2/24/2016 | 6,600 | A-37 Johnny Brown |
| 2/24/2016 | 165,000 | A-41 105 Moore st |
| 2/24/2016 | 165,000 | E-42 Timbercrest |
| 2/24/2016 | 300,000 | H-24 I-24 West |
| 2/24/2016 | 102,000 | I-141 Skinner Flatt |
| 2/24/2016 | 51,000 | I-97 Ester Lane |
| 2/24/2016 | 33,000 | J-2 River Stillwood |
| 2/24/2016 | 66,000 | J-6 Vent Stillwood |
| 2/15/2016 | 28,500 | B-43 Deadwood Park |
| 2/15/2016 | 28,500 | A-36 Johnny Brown |
| 2/15/2016 | 11,400 | A-37 Johnny Brown |
| 2/15/2016 | 28,500 | G-91 Madison Street |
| 2/15/2016 | 484,500 | E-42 Timbercrest |
| 2/15/2016 | 427,500 | H-24 I-24 West |
| 2/15/2016 | 114,000 | I-141 Skinner Flatt |
| 2/15/2016 | 114,000 | J-2 River Stillwood |
| 2/15/2016 | 114,000 | J-6 Vent Stillwood |
| 2/3/2016 | 54,000 | Ten Yard Bridge |
| 2/3/2016 | 183,600 | B-43 Fred Deadman Park |
| 2/3/2016 | 108,000 | A-45 Spring St bridge |
| 2/3/2016 | 270,000 | A-36 Johnny Brown |
| 2/3/2016 | 10,800 | A-37 Johnny Brown |
| 2/3/2016 | 54,000 | A-41 105 Moore st |
| 2/3/2016 | 270,000 | G-11 Cumberland Pres Church |
| 2/3/2016 | 270,000 | H-24 I-24 West |
| 2/3/2016 | 2,700 | H-6 I-24 East |
| 2/3/2016 | 108,000 | I-141 Skinner Flatt |
| 2/3/2016 | 27,000 | J-86 Ester Lane |
| 2/3/2016 | 54,000 | J-6 Vent Stillwood |
| 2/3/2016 | 270,000 | J-3 Stillwood |
| 1/26/2016 | 122,400 | B-43 Deadwood Park |
| 1/26/2016 | 18,000 | A-45 Spring St bridge |
| 1/26/2016 | 36,000 | A-36 Johnny Brown |
| 1/26/2016 | 122,400 | G-11 Cumberland Pres Church |
| 1/26/2016 | 180,000 | E-42 Timbercrest |
| 1/26/2016 | 180,000 | H-6 I-24 East |
| 1/26/2016 | 36,000 | H-24 I-24 West |
| 1/26/2016 | 72,000 | I-141 Skinner Flatt |
| 1/26/2016 | 18,000 | I-87 Easter Ln |
| 1/26/2016 | 18,000 | J-1 Alwhite motors |
| 1/26/2016 | 72,000 | J-2 River Stillwood |
| 1/22/2016 | 180,000 | B-43 Fred Deadman Park |

Appendix A

| Date | Amount | Description |
|---|---|---|
| 1/22/2016 | 720,000 | A-45 Spring St bridge |
| 1/22/2016 | 180,000 | A-36 Johnny Brown |
| 1/22/2016 | 720,000 | A-41 105 Moore st |
| 1/22/2016 | 36,000 | G-91 Madison Street |
| 1/22/2016 | 180,000 | E-42 Timbercrest |
| 1/22/2016 | 306,000 | H-24 I-24 West |
| 1/22/2016 | 7,200 | H-6 I-24 East |
| 1/22/2016 | 504,000 | I-141 Skinner Flatt |
| 1/22/2016 | 18,000 | I-87 Easter Ln |
| 1/22/2016 | 7,200 | J-2 River Stillwood |
| 1/22/2016 | 7,200 | J-6 Vent Stillwood |
| 12/25/2015 | 9,000 | West End Pumping Station |
| 12/25/2015 | 18,000 | I-169 willis Property |
| 12/25/2015 | 9,000 | B- 10 yard bridge |
| 12/25/2015 | 18,000 | A-45 Spring St bridge |
| 12/25/2015 | 18,000 | A-36 Johnny Brown |
| 12/25/2015 | 18,000 | A-37 Johnny Brown |
| 12/25/2015 | 36,000 | A-45 Spring St bridge |
| 12/25/2015 | 36,000 | G-91 Madison Street |
| 12/25/2015 | 36,000 | H-24 I-24 West |
| 12/25/2015 | 36,000 | I-89 Ester Lane |
| 12/25/2015 | 36,000 | I-90 Stinner Flatt |
| 12/25/2015 | 18,000 | I-88 Ester Lane/Stinner Flatt |
| 12/25/2015 | 18,000 | I-87 Easter Ln |
| 12/25/2015 | 18,000 | J-1 Alwhite motors |
| 12/25/2015 | 18,000 | J-6 Vent Stillwood |
| 12/17/2015 | 7,200 | I-141 Skinner Flatt |
| 12/17/2015 | 165,000 | H-24 I-24 West |
| 11/29/2015 | 222,000 | B-43 Deadman Park |
| 11/29/2015 | 222,000 | A-45 Spring St bridge |
| 11/29/2015 | 22,000 | G-11 Cumberland Pres Church |
| 11/29/2015 | 22,000 | I-89 Ester Lane |
| 11/29/2015 | 732,600 | I-141 Skinner Flatt |
| 11/29/2015 | 595,000 | J-1 Alwhite motors |
| 11/29/2015 | 555,000 | J-6 Vent Stillwood |
| 11/29/2015 | 55,000 | G-91 Madison Street |
| 11/29/2015 | 555,000 | H-24 I-24 West |
| 11/18/2015 | 6,600 | B-174 Woodland |
| 11/18/2015 | 6,600 | B-43 Deadman Park |
| 11/18/2015 | 6,600 | A-36 Johnny Brown |
| 11/18/2015 | 6,600 | A-41 105 Moore st |
| 11/18/2015 | 33,000 | G-91 Madison Street |
| 11/18/2015 | 165,000 | H-24 I-24 West |
| 11/18/2015 | 165,000 | I-141 Skinner Flatt |
| 9/1/2015 | 2,600 | I-24 West |
| 6/1/2015 | 3,600 | I-141 Skinner Flatt |
| 4/20/2015 | 5,400 | G-87 Madison Lane |

Appendix A

| | | |
|---|---|---|
| 4/20/2015 | 8,640 | J-6 Vent Stillwood |
| 4/20/2015 | 5,400 | I-89 Ester Lane |
| 4/20/2015 | 13,500 | H-6 I-24 East |
| 4/20/2015 | 54,000 | H-24 I-24 West |
| 4/6/2015 | 48,000 | B-43 Deadman Park |
| 4/6/2015 | 48,000 | A-45 Spring St bridge |
| 4/6/2015 | 48,000 | H-24 I-24 West |
| 3/11/2015 | 30,000 | B-43 Fred Deadman Park |
| 3/11/2015 | 60,000 | A-45 Spring St bridge |
| 3/11/2015 | 60,000 | A-36 Johnny Brown |
| 3/11/2015 | 300,000 | H-24 I-24 West |
| 3/11/2015 | 204,000 | I-87 Easter Ln |
| 3/11/2015 | 300,000 | E-42 Timbercrest |
| 3/5/2015 | 12,000 | L-22 |
| 3/5/2015 | 18,000 | G-95 |
| | 33,930,595 | |

# Appendix B

| Manchester, NPDES Permit # TN0025038, Chronic Overflows |||||
|---|---|---|---|---|

| Start Date | | Est. Quantity in gallons | | Location of Discharge |
|---|---|---|---|---|
| 12/29/2019 | | 69,000 | | A-36 Johnny Brown |
| 12/23/2019 | | 42,000 | | A-36 Johnny Brown |
| 11/23/2019 | | 36,000 | | A-36 Johnny Brown |
| 8/7/2019 | | 9,000 | | A-36 Johnny Brown |
| 8/7/2019 | | 3,600 | | A-36 Johnny Brown |
| 7/17/2019 | | 2,400 | | A-36 Johnny Brown |
| 7/11/2019 | | 9,750 | | A-36 Johnny Brown |
| 4/8/2019 | | 10,500 | | A-36 Johnny Brown |
| 4/8/2019 | | 10,500 | | A-36 Johnny Brown |
| 3/10/2019 | | 18,000 | | A-36 Johnny Brown |
| 2/19/2019 | | 86,400 | | A-36 Johnny Brown |
| 2/17/2019 | | 91,500 | | A-36 Johnny Brown |
| 2/16/2019 | | 27,000 | | A-36 Johnny Brown |
| 2/12/2019 | | 96,000 | | A-36 Johnny Brown |
| 11/30/2016 | | 1,800 | | A-36 Johnny Brown |
| 2/24/2016 | | 33,000 | | A-36 Johnny Brown |
| 2/15/2016 | | 28,500 | | A-36 Johnny Brown |
| 2/3/2016 | | 270,000 | | A-36 Johnny Brown |
| 1/26/2016 | | 36,000 | | A-36 Johnny Brown |
| 1/22/2016 | | 180,000 | | A-36 Johnny Brown |
| 12/25/2015 | | 18,000 | | A-36 Johnny Brown |
| 11/18/2015 | | 6,600 | | A-36 Johnny Brown |
| 3/11/2015 | | 60,000 | | A-36 Johnny Brown |
| | | | | |
| 12/16/2019 | | 18,000 | | A-37 Johnny Brown |
| 10/31/2019 | | 18,000 | | A-37 Johnny Brown |
| 1/23/2019 | | 48,000 | | A-37 Johnny Brown |
| 1/19/2019 | | 138,000 | | A-37 Johnny Brown |
| 1/3/2019 | | 1,071,000 | | A-37 Johnny Brown |
| 11/6/2018 | | 9,000 | | A-37 Johnny Brown |
| 9/26/2018 | | 60,000 | | A-37 Johnny Brown |
| 2/28/2018 | | 615,000 | | A-37 Johnny Brown |
| 2/24/2016 | | 6,600 | | A-37 Johnny Brown |
| 2/15/2016 | | 11,400 | | A-37 Johnny Brown |
| 2/3/2016 | | 10,800 | | A-37 Johnny Brown |
| 12/25/2015 | | 18,000 | | A-37 Johnny Brown |
| | | | | |
| 12/23/2019 | | 21,000 | | A-41 105 Moore st |
| 12/16/2019 | | 4,800 | | A-41 105 Moore st |
| 11/23/2019 | | 18,000 | | A-41 105 Moore st |

| Date | Amount | Location |
|---|---|---|
| 10/31/2019 | 18,000 | A-41 105 Moore st |
| 7/17/2019 | 6,000 | A-41 105 Moore st |
| 7/11/2019 | 4,875 | A-41 105 Moore st |
| 4/8/2019 | 4,200 | A-41 105 Moore st |
| 2/19/2019 | 86,400 | A-41 105 Moore st |
| 2/17/2019 | 15,900 | A-41 105 Moore st |
| 1/23/2019 | 24,000 | A-41 105 Moore st |
| 1/19/2019 | 13,800 | A-41 105 Moore st |
| 1/3/2019 | 55,000 | A-41 105 Moore st |
| 9/26/2018 | 30,000 | A-41 105 Moore st |
| 2/28/2018 | 246,000 | A-41 105 Moore st |
| 11/30/2016 | 4,500 | A-41 105 Moore st |
| 2/24/2016 | 165,000 | A-41 105 Moore st |
| 2/3/2016 | 54,000 | A-41 105 Moore st |
| 1/22/2016 | 720,000 | A-41 105 Moore st |
| 11/18/2015 | 6,600 | A-41 105 Moore st |
| | | |
| 4/8/2019 | 10,500 | A-45 Spring St |
| 2/22/2019 | 7,500 | A-45 Spring St |
| 2/19/2019 | 86,400 | A-45 Spring St |
| 1/3/2019 | 55,000 | A-45 Spring St bridge |
| 9/26/2018 | 15,000 | A-45 Spring St bridge |
| 2/28/2018 | 246,000 | A-45 Spring St bridge |
| 2/3/2016 | 108,000 | A-45 Spring St bridge |
| 1/26/2016 | 18,000 | A-45 Spring St bridge |
| 1/22/2016 | 720,000 | A-45 Spring St bridge |
| 12/25/2015 | 18,000 | A-45 Spring St bridge |
| 12/25/2015 | 36,000 | A-45 Spring St bridge |
| 11/29/2015 | 222,000 | A-45 Spring St bridge |
| 4/6/2015 | 48,000 | A-45 Spring St bridge |
| 3/11/2015 | 60,000 | A-45 Spring St bridge |
| | | |
| 4/8/2019 | 10,500 | B-43 Fred Deadman Park |
| 2/19/2019 | 86,400 | B-43 Fred Deadman Park |
| 2/17/2019 | 15,900 | B-43 Fred Deadman Park |
| 1/23/2019 | 9,600 | B-43 Fred Deadman Park |
| 1/3/2019 | 55,000 | B-43 Fred Deadman Park |
| 9/26/2018 | 15,000 | B-43 Fred Deadman Park |
| 4/22/2018 | 34,500 | B-43 Fred Deadman Park |
| 4/6/2018 | 4,200 | B-43 Fred Deadman Park |
| 2/28/2018 | 246,000 | B-43 Fred Deadman Park |
| 2/25/2018 | 198,000 | B-43 Fred Deadman Park |
| 2/22/2018 | 48,000 | B-43 Fred Deadman Park |
| 2/10/2018 | 216,000 | B-43 Fred Deadman Park |
| 2/7/2018 | 39,000 | B-43 Fred Deadman Park |
| 4/22/2017 | 81,000 | B-43 Fred Deadman Park |
| 1/23/2017 | 210,000 | B-43 Fred Deadman Park |

Appendix B
page 2 of 5

| Date | Amount | Entity |
|---|---:|---|
| 12/6/2016 | 120,000 | B-43 Fred Deadman Park |
| 11/30/2016 | 120,000 | B-43 Fred Deadman Park |
| 3/31/2016 | 7,500 | B-43 Fred Deadman Park |
| 2/24/2016 | 165,000 | B-43 Fred Deadman Park |
| 2/15/2016 | 28,500 | B-43 Fred Deadman Park |
| 2/3/2016 | 183,600 | B-43 Fred Deadman Park |
| 1/26/2016 | 122,400 | B-43 Fred Deadman Park |
| 1/22/2016 | 180,000 | B-43 Fred Deadman Park |
| 11/29/2015 | 222,000 | B-43 Fred Deadman Park |
| 11/18/2015 | 6,600 | B-43 Fred Deadman Park |
| 4/6/2015 | 48,000 | B-43 Fred Deadman Park |
| 3/11/2015 | 30,000 | B-43 Fred Deadman Park |
| | | |
| 12/29/2019 | 138,800 | E-42 Timbercrest |
| 9/26/2018 | 6,000 | E-42 Timbercrest |
| 4/22/2018 | 34,500 | E-42 Timbercrest |
| 4/6/2018 | 4,200 | E-42 Timbercrest |
| 2/28/2018 | 246,000 | E-42 Timbercrest |
| 2/25/2018 | 198,000 | E-42 Timbercrest |
| 2/22/2018 | 48,000 | E-42 Timbercrest |
| 2/10/2018 | 216,000 | E-42 Timbercrest |
| 2/7/2018 | 78,000 | E-42 Timbercrest |
| 1/23/2017 | 357,000 | E-42 Timbercrest |
| 12/6/2016 | 81,600 | E-42 Timbercrest |
| 11/30/2016 | 9,000 | E-42 Timbercrest |
| 3/31/2016 | 15,000 | E-42 Timbercrest |
| 2/24/2016 | 165,000 | E-42 Timbercrest |
| 2/15/2016 | 484,500 | E-42 Timbercrest |
| 1/26/2016 | 180,000 | E-42 Timbercrest |
| 1/22/2016 | 180,000 | E-42 Timbercrest |
| 3/11/2015 | 300,000 | E-42 Timbercrest |
| | | |
| 12/20/2019 | 375,000 | G-11 Cumberland Pres Church |
| 12/14/2018 | 153,000 | G-11 Cumberland Pres Church |
| 12/8/2018 | 345,000 | G-11 Cumberland Pres Church |
| 12/1/2018 | 345,000 | G-11 Cumberland Pres Church |
| 11/6/2018 | 36,000 | G-11 Cumberland Pres Church |
| 9/26/2018 | 150,000 | G-11 Cumberland Pres Church |
| 5/7/2018 | 75,000 | G-11 Cumberland Pres Church |
| 4/22/2018 | 138,000 | G-11 Cumberland Pres Church |
| 4/6/2018 | 42,000 | G-11 Cumberland Pres Church |
| 2/28/2018 | 246,000 | G-11 Cumberland Pres Church |
| 2/25/2018 | 48,000 | G-11 Cumberland Pres Church |
| 2/22/2018 | 48,000 | G-11 Cumberland Pres Church |
| 2/10/2018 | 540,000 | G-11 Cumberland Pres Church |
| 12/5/2017 | 510,000 | G-11 Cumberland Pres Church |
| 10/23/2017 | 158,400 | G-11 Cumberland Pres Church |

Appendix B

| Date | Amount | Description |
|---|---:|---|
| 10/23/2017 | 158,400 | G-11 Cumberland Pres Church |
| 7/6/2017 | 81,600 | G-11 Cumberland Pres Church |
| 2/3/2016 | 270,000 | G-11 Cumberland Pres Church |
| 1/26/2016 | 122,400 | G-11 Cumberland Pres Church |
| 11/29/2015 | 22,000 | G-11 Cumberland Pres Church |
| | | |
| 12/23/2019 | 8,400 | G-74 McAurthur |
| 11/23/2019 | 3,600 | G-74 McAurthur |
| 7/11/2019 | 1,950 | G-74 McAurthur |
| 4/8/2019 | 4,200 | G-74 McAurthur |
| 2/19/2019 | 86,400 | G-74 McAurthur |
| 2/17/2019 | 15,900 | G-74 McAurthur |
| 2/12/2019 | 9,600 | G-74 McAurthur |
| 1/23/2019 | 9,600 | G-74 McAurthur |
| 9/26/2018 | 15,000 | G-74 McAurthur |
| | | |
| 12/29/2019 | 34,500 | I-141 Skinner Flatt |
| 12/23/2019 | 21,000 | I-141 Skinner Flatt |
| 11/23/2019 | 18,000 | I-141 Skinner Flatt |
| 10/31/2019 | 9,000 | I-141 Skinner Flatt |
| 7/11/2019 | 9,750 | I-141 Skinner Flatt |
| 7/11/2019 | 4,875 | I-141 Skinner Flatt |
| 4/8/2019 | 10,500 | I-141 Skinner Flatt |
| 3/10/2019 | 7,200 | I-141 Skinner Flatt |
| 2/19/2019 | 86,400 | I-141 Skinner Flatt |
| 2/19/2019 | 86,400 | I-141 Skinner Flatt |
| 2/19/2019 | 86,400 | I-141 Skinner Flatt |
| 2/17/2019 | 45,750 | I-141 Skinner Flatt |
| 2/17/2019 | 15,900 | I-141 Skinner Flatt |
| 2/12/2019 | 96,000 | I-141 Skinner Flatt |
| 1/3/2019 | 126,000 | I-141 Skinner Flatt |
| 12/17/2018 | 36,000 | I-141 Skinner Flatt |
| 12/8/2018 | 138,000 | I-141 Skinner Flatt |
| 12/1/2018 | 138,000 | I-141 Skinner Flatt |
| 11/6/2018 | 36,000 | I-141 Skinner Flatt |
| 9/26/2018 | 60,000 | I-141 Skinner Flatt |
| 4/22/2018 | 40,500 | I-141 Skinner Flatt |
| 4/6/2018 | 4,200 | I-141 Skinner Flatt |
| 2/28/2018 | 123,000 | I-141 Skinner Flatt |
| 2/25/2018 | 132,000 | I-141 Skinner Flatt |
| 2/25/2018 | 48,000 | I-141 Skinner Flatt |
| 2/22/2018 | 48,000 | I-141 Skinner Flatt |
| 2/22/2018 | 48,000 | I-141 Skinner Flatt |
| 2/10/2018 | 216,000 | I-141 Skinner Flatt |
| 2/10/2018 | 21,600 | I-141 Skinner Flatt |
| 2/7/2018 | 19,500 | I-141 Skinner Flatt |
| 12/23/2017 | 42,000 | I-141 Skinner Flatt |

Appendix B

| | | |
|---|---|---|
| 12/19/2017 | 300,000 | I-141 Skinner Flatt |
| 12/12/2017 | 24,000 | I-141 Skinner Flatt |
| 12/5/2017 | 300,000 | I-141 Skinner Flatt |
| 10/23/2017 | 120,000 | I-141 Skinner Flatt |
| 10/23/2017 | 120,000 | I-141 Skinner Flatt |
| 9/5/2017 | 60,000 | I-141 Skinner Flatt |
| 8/7/2017 | 60,000 | I-141 Skinner Flatt |
| 7/24/2017 | 90,000 | I-141 Skinner Flatt |
| 7/6/2017 | 81,600 | I-141 Skinner Flatt |
| 7/5/2017 | 132,600 | I-141 Skinner Flatt |
| 6/22/2017 | 18,000 | I-141 Skinner Flatt |
| 5/4/2017 | 9,000 | I-141 Skinner Flatt |
| 4/22/2017 | 81,000 | I-141 Skinner Flatt |
| 4/2/2017 | 27,000 | I-141 Skinner Flatt |
| 3/27/2017 | 8,100 | I-141 Skinner Flatt |
| 3/10/2017 | 45,000 | I-141 Skinner Flatt |
| 1/23/2017 | 210,000 | I-141 Skinner Flatt |
| 1/19/2017 | 21,000 | I-141 Skinner Flatt |
| 12/19/2016 | 300,000 | I-141 Skinner Flatt |
| 12/12/2016 | 24,000 | I-141 Skinner Flatt |
| 12/6/2016 | 180,000 | I-141 Skinner Flatt |
| 11/30/2016 | 33,660 | I-141 Skinner Flatt |
| 3/31/2016 | 7,500 | I-141 Skinner Flatt |
| 2/24/2016 | 102,000 | I-141 Skinner Flatt |
| 2/15/2016 | 114,000 | I-141 Skinner Flatt |
| 2/3/2016 | 108,000 | I-141 Skinner Flatt |
| 1/26/2016 | 72,000 | I-141 Skinner Flatt |
| 1/22/2016 | 504,000 | I-141 Skinner Flatt |
| 12/17/2015 | 7,200 | I-141 Skinner Flatt |
| 11/29/2015 | 732,600 | I-141 Skinner Flatt |
| 11/18/2015 | 165,000 | I-141 Skinner Flatt |
| 6/1/2015 | 3,600 | I-141 Skinner Flatt |

Appendix B