# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| **TENNESSEE RIVERKEEPER, INC.,** ) | |
| ) | |
| vs. ) | |
| ) | **Case No. 4:20-cv-00034** |
| **CITY of MANCHESTER, TENNESSEE,** ) | **PLR/SKL** |
| ) | |

## NOTICE OF LODGING OF SETTLEMENT AGREEMENT AND REQUEST FOR ENTRY OF CONSENT DECREE

The Parties hereby notify the Court that they are lodging the attached proposed Consent Decree filed herewith for the purpose of providing notice of the proposed settlement of this matter to the Attorney General of the United States and the Administrator of the United States Environmental Protection Agency as required by Section 505(c)(3) of the Clean Water Act, 33 U.S.C. § 1365(c)(3). A copy of the proposed Consent Decree is being sent to the Department of Justice, Citizen Suit Coordinator ("DOJ"), via certified mail, return receipt requested, as required by 40 C.F.R. § 135.5. A copy is also being sent to the Administrator of the U.S. E.P.A. via certified mail, return receipt requested. The attached proposed Consent Decree has been signed by counsel for both parties and will, pursuant to its terms, fully resolve this litigation.

The Parties respectfully request that the Court not sign the proposed Consent Decree at this time. Instead, the Consent Decree should remain lodged until 45 days following receipt by both the Administrator and the Attorney General. The Plaintiff's undersigned attorney will notify the Court of the dates the Administrator and the Attorney General have received notice. At such time, if the Court finds the Consent Decree to be fair, reasonable, and in the public interest, the Parties respectfully request that the Court enter it as expeditiously as possible.

Respectfully submitted,

*/s/ Mark E. Martin*
Mark E. Martin (Alabama Bar No. ASB-9361-A41M)
P. O. Box 1486
Oneonta, AL 35121
(205) 516-9350
mmartin@markemartin.com

*/s/ L. Craig Johnson*
L. Craig Johnson
City Attorney
224 West Fort Street
Manchester, Tennessee 37355
lcjjudge@aol.com